DAVAR HOLDINGS, INC., Respondent, *v.* JEROME F. COHEN, Appellant.

Submitted May 16, 1939; decided May 31, 1939.

*Jerome F. Cohen,* in person, and *Vincent J. Vanasco* for appellant.

*Alexander F. Rosenthal, Irving Segal* and *S. Sidney Smith* for respondent.

Judgment affirmed, without costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ. Taking no part: O'BRIEN, J.